No. 1,113.

SCOTT, ADMINISTRATOR, *v.* THE TELL CITY BANK.

DEMURRER.—*Sustaining to Answer of General Denial.—Fatal Error.*—
It is reversible error to sustain a demurrer to an answer of general
denial.

From the Perry Circuit Court.

*S. H. Esarly*, for appellant.
*J. T. Patrick* and *O. C. Minor*, for appellee.

GAVIN, J.—Appellee sued appellant upon his indorse-
ment of a pension warrant, payment of which was re-
fused by the government, upon the ground that it was
issued after the death of the payee. Whether such was
the actual fact does not appear. That such was the reason
assigned for the refusal is all that is shown by the plead-
ing. Several objections are urged to the complaint,
which we do not deem it necessary to take up and con-
sider, because the case must be reversed in any event;
and while appellee's counsel below have not favored us
with any brief, they may, and probably will, perfect the
complaint so as to remedy some at least of the defects
alleged to exist.

An answer was filed consisting of three paragraphs.
To this a demurrer was sustained, and this action of
the court is assigned as error. There is no argument
advanced in support of the third paragraph. The sec-
ond paragraph, it is claimed, was good as an argu-
mentative denial. The first paragraph, however, was
the general denial itself. The sustaining of a demur-
rer to this answer of general denial was doubtless an
inadvertence and oversight, but is nevertheless a fatal
error.

The judgment is reversed with instructions to overrule the demurrer, and with leave to amend the complaint if desired.

REINHARD, J., does not participate.

Filed May 16, 1894.